UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| TIMOTHY VANHOOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 14-121-GFVT |
| V. | ) | |
| | ) | |
| SOMERSET HEALTH FACILITIES, LP, | ) | **ORDER** |
| d/b/a CUMBERLAND NURSING AND | ) | |
| REHABILITATION CENTER | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

On August 10, 2015, the Court granted counsel's motion to withdraw as attorney for Plaintiff Timothy Vanhook. [R. 39.] The Court then ordered Vanhook either to obtain new counsel or make an appearance in the case within 21 days, and stated that his failure to comply would be construed as an indication that he did not intend to prosecute this case. [R. 40.] When Vanhook failed to respond, the Court granted him two additional weeks to show cause why this case should not be dismissed for failure to prosecute. [R. 41.] Vanhook again failed to respond, and approximately eight months have now passed.

**ACCORDINGLY**, pursuant to Fed. R. Civ. P. 41(b), the Court **HEREBY ORDERS** that all claims against Defendant Somerset Health Facilities are **DISMISSED WITH PREJUDICE**, and this matter is **STRICKEN** from the active docket.

This 24th day of May, 2016.



Gregory F. Van Tatenhove
United States District Judge